**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Borowiak IGA Foodliner, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Borowiak's IGA** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-0949720** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13 N 5th St**<br>**Albion, IL 62806**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Edwards**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Borowiaksonline.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Borowiak IGA Foodliner, Inc**                                   Case number (*if known*) _____
     Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**        ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

    District _____  When _____  Case number _____

    District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**        ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

    Debtor _____                              Relationship _____

    District _____  When _____  Case number, if known _____

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**████ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Borowiak IGA Foodliner, Inc**                                          Case number (*if known*) _____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2019**
               MM / DD / YYYY

**X** **/s/ Trevor Borowiak** _____          **Trevor Borowiak** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Douglas A. Antonik** _____    Date   **September 17, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Douglas A. Antonik 06190629**
Printed name

**Antonik Law Offices**
Firm name

**Post Office Box 594**
**Mt. Vernon, IL 62864**
Number, Street, City, State & ZIP Code

Contact phone   **618-244-5739**       Email address   **antoniklaw@charter.net**

**06190629 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 17, 2019**    X **/s/ Trevor Borowiak**
                                      Signature of individual signing on behalf of debtor

                                       **Trevor Borowiak**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Borowiak IGA Foodliner, Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ace Hardware Corp 2200 Kensington Ct Oak Brook, IL 60523-2103** | | **Clawback** | | | | **$83,038.67** |
| **Ace Hardware Corp 2200 Kensington Ct Oak Brook, IL 60523-2103** | | **Produce** | | | | **$29,201.05** |
| **Central Cigars - Candy Co PO Box 420 Lawrenceville, IL 62439** | | **Product** | | | | **$24,174.70** |
| **Citizens National of Albion 10 West Elm St Albion, IL 62806** | | **Equipment, inventory, accounts receivable** | | **$3,352,000.00** | **$2,191,314.28** | **$1,160,685.72** |
| **Coca Cola Bottling Co Consolidated PO Box 602937 Charlotte, NC 28260-2937** | | **Product** | | | | **$69,373.79** |
| **Direct Energy Business PO Box 70220 Philadelphia, PA 19176-0220** | | **Utilities** | | | | **$87,463.49** |
| **Dixie Cream Donuts 510 West Main West Frankfort, IL 62896** | | **Product** | | | | **$46,614.70** |
| **Edward Borowiak 13 N 5th St Albion, IL 62806-1021** | | **Unsecured loan** | | | | **$300,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frito-Lay 75 Remittance Drive Ste 1217 Chicago, IL 60675-1217** | | **Product** | | | | **$30,537.94** |
| **Hartford Financial Services PO Box 415738 Boston, MA 02241-5738** | | **Insurance** | | | | **$24,000.00** |
| **Heartland Coca Cola Bottling Co PO Box 74008600 Chicago, IL 60674-8600** | | **Product** | | | | **$50,805.21** |
| **Heritage Petroleum LLC PO Box 6850 Evansville, IN 47719** | | **Product** | | | | **$63,057.04** |
| **John and Barbara Mckim PO Box 308 Lawrenceville, IL 62439-0308** | | **Lawrenceville lease** | | | | **$70,000.00** |
| **Mack's Auto Sales Inc 1172 Catman Court Marion, IL 62959** | | **Marion lease** | | | | **$38,500.00** |
| **Moran Foods LLC 400 Northwest Plaza Dr Saint Ann, MO 63074** | | **Clawback Sav-a-Lot** | **Disputed** | | | **$257,788.71** |
| **Supervalu 11840 Valley View Rd Eden Prairie, MN 55344** | | **inventory** | | **$2,168,333.33** | **$863,741.53** | **$1,304,591.80** |
| **Trevor Borowiak 235 W Elm St Albion, IL 62806** | | **Personal loans** | | | | **$892,000.00** |
| **Troyer Foods Inc PO Box 1938 Bloomington, IN 47402-1938** | | **Product** | | | | **$623,482.38** |
| **UNFI Supervalue PO Box 9008 Champaign, IL 61826** | | | | | | **$124,744.40** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Borowiak IGA Foodliner, Inc**                              Case number *(if known)*  _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Food & Commercial Workers PO Box 6000 Frankfort, IL 60423-6000** | | **Union claim** | **Disputed** | | | **$201,591.00** |

**Fill in this information to identify the case:**

Debtor name **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................. $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................... $        2,205,931.14

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................... $        2,205,931.14

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        5,520,333.33

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $        19,567.33

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$        3,557,976.59

4. **Total liabilities** ............................................................................
   Lines 2 + 3a + 3b
          $        9,097,877.25

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$3,867.01** |
| 2.    **Cash on hand** | **$3,332.48** |
| 2.    **Cash on hand** | **$3,337.42** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Banterra Bank**<br>**Mt. Vernon store** | **Checking account** | 9196 | $31,907.94 |
| 3.2. | **Community Bank and Trust**<br>**Centralia store** | **Checking account** | 4116 | $700.54 |
| 3.3. | **Citizens National Bank**<br>**Albion Store** | **Checking account** | 8586 | $43,295.36 |
| 3.4. | **1st Bank**<br>**Grayville store** | **Checking account** | 6842 | $562.11 |
| 3.5. | **1st National Bank Allendale**<br>**Mt. Carmel store** | **Checking account** | 6092 | $41,152.87 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.6. | **Banterra Bank**<br>**Carterville store** | **Checking account** | **5284** | **$18,354.67** |
| 3.7. | **Citizens National Bank** | **Sweep account** | | **$5,792.16** |

4. **Other cash equivalents** *(Identify all)*

4.1. **401(k)**
   **Citizens National Bank** — $137.66

| 5. | **Total of Part 1.** | **$152,440.22** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 33,559.22 | - | 0.00 | = .... | $33,559.22 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 8,790.17 | - | 0.00 | =.... | $8,790.17 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$42,349.39** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,<br>partnership, or joint venture** | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(If known)* | |
| | Name | | | |

| | Name of entity: | % of ownership | | |
| | **Ace Hardware Corporation** | | | |
| | **Class C stock - 137 shares** | | | |
| | **Class A stock - 1 share** | | | |
| 15.1. | **Subject to offset** | **100** % | | **$5,000.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                                           **$5,000.00**
   Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale inventory** | September 1, 2019 | $863,741.53 | Recent cost | $863,741.53 |
| 22.  **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                                                          **$863,741.53**
   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value                 0.00  Valuation method                              Current Value                  0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Borowiak IGA Foodliner, Inc**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Office furniture**<br>**computers** | **$2,500.00** | | **$2,500.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | Current value of debtor's interest |
|---|---|
| | **$2,500.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2000 Chevy S-10**<br>**187,314 milles** | **$0.00** | **NADA** | **$725.00** |
| 47.2.  **2002 Cavalier**<br>**237,526 miles** | **$0.00** | **NADA** | **$375.00** |
| 47.3.  **2000 Freightliner Heavy duty Model IC CHA**<br>**578,841 miles** | **$0.00** | **Debtor** | **$2,500.00** |
| 47.4.  **2000 Chevy S-10**<br>**205,069 miles** | **$0.00** | **Debtor** | **$400.00** |
| 47.5.  **1997 Chevy Silverado GMMT-400**<br>**235,418 miles** | **$0.00** | **Debtor** | **$800.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(If known)* _____
_____
Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Albion store**
       **As a going concern value**                        $0.00                                 $350,000.00

       **Grayville store**
       **Auction value**                                   $0.00                                  $30,000.00

       **Mt.  Carmel store**
       **As a going concern value**                        $0.00                                 $300,000.00

       **Mt. Vernon store**
       **Auction value**                                   $0.00                                  $75,000.00

       **Carterville store**
       **As a going concern value**                        $0.00                                 $350,000.00

       **Centralia store**
       **Auction value**                                   $0.00                                  $30,000.00

51.   **Total of Part 8.**                                                            | $1,139,800.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(If known)* _____
_____
          Name

| | | | |
|---|---|---|---|
| **Trademark** | $0.00 | Est | $100.00 |

| 61. | **Internet domain names and websites** | | | |
|---|---|---|---|---|
| | **Borowiaksonline.com** | $0.00 | | $0.00 |

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| | **Liquor licences - Mt. Vernon, Centralia, Grayville** | $0.00 | | $0.00 |
| | **IGA license agreement** | $0.00 | | $0.00 |
| | **Ace Hardware - franchise agreement** | $0.00 | | $0.00 |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                  | $100.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor     **Borowiak IGA Foodliner, Inc**                                          Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,440.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,349.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $5,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $863,741.53 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,139,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,205,931.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,205,931.14 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Citizens National of Albion**<br>Creditor's Name<br><br>**10 West Elm St**<br>**Albion, IL 62806**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment, inventory, accounts receivable**<br><br>**Describe the lien** | **$3,352,000.00** | **$2,191,314.28** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2  Supervalu**<br>Creditor's Name<br><br>**11840 Valley View Rd**<br>**Eden Prairie, MN 55344**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**inventory**<br><br>**Describe the lien**<br>**Inventory** | **$2,168,333.33** | **$863,741.53** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,520,333.33

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aden M Gill**<br>**214 E 10th St**<br>**Mount Carmel, IL 62863** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46.50** | **$46.50** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alexis N Piller**<br>**330 N 7th**<br>**Albion, IL 62806** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24.75** | **$24.75** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.50 | $115.50 |
|---|---|---|---|---|

**Amanda Harrington**
**PO Box 243**
**Noble, IL 62868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.50 | $46.50 |
|---|---|---|---|---|

**Andrew P Gill**
**1621 Michael Ave**
**Mount Carmel, IL 62863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.75 | $189.75 |
|---|---|---|---|---|

**Ashlee Stewart**
**142 W Walnut St**
**Albion, IL 62806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.00 | $216.00 |
|---|---|---|---|---|

**Betty J Elliott**
**13037 E 700 Rd**
**Mount Carmel, IL 62863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.13 | $37.13 |
|---|---|---|---|---|

**Bobby G Moore**
**PO Box 71**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $336.00 |
|---|---|---|---|---|

**Charles L Daniel**
**1210 Chestnut St**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.20 | $835.20 |
|---|---|---|---|---|

**Cheryl Perrin**
**15974 N Harmony Ln**
**Mount Vernon, IL 62864**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.38 | $309.38 |
|---|---|---|---|---|

**Christa Fisher**
**180 CR 200 E**
**Ellery, IL 62833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Borowiak IGA Foodliner, Inc**

Name

Case number (if known)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.94 | $261.94 |
|---|---|---|---|---|

**Christina Wright**
**180 County Rd 200 E**
**Ellery, IL 62833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.94 | $195.94 |
|---|---|---|---|---|

**Cierra M Harper**
**401 Independence**
**West Salem, IL 62476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Craig Borowiak**
**675 Co Rd 650E**
**Albion, IL 62806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.00 | $231.00 |
|---|---|---|---|---|

**Cynthia Taylor**
**402 East 6  Apt 5**
**Mount Carmel, IL 62863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 | $99.00 |
|---|---|---|---|---|

**Dawn Michels**
**21 South 7th St**
**Albion, IL 62806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.20 | $915.20 |
|---|---|---|---|---|

**Deana L Smith**
**400 Shoreway Dr**
**Fairfield, IL 62837**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.25 | $276.25 |
|---|---|---|---|---|

**Debbie R Isaac**
**19218 E 1300 Rd**
**Allendale, IL 62410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.75 | $183.75 |
|---|---|---|---|---|

**Deborah L Bradham**
**205 S King St**
**Golden Gate, IL 62843**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.75 | $327.75 |
|---|---|---|---|---|

**Diana Wade**
**1614 Shady Dr  Apt 5**
**Carterville, IL 62918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.50 | $139.50 |
|---|---|---|---|---|

**Diego Borowiak**
**235 W Elm St**
**Albion, IL 62806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.63 | $73.63 |
|---|---|---|---|---|

**Donna Martin**
**117 Co Rd 1300N**
**Albion, IL 62806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 | $93.00 |
|---|---|---|---|---|

**Dylan J Hodge**
**716 N 8th St**
**Herrin, IL 62948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Borowiak IGA Foodliner, Inc**
Name

Case number (if known)

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.75 | $57.75 |
|---|---|---|---|---|

**Elliott W Laws**
**10281 N 1500 Rd**
**Mount Carmel, IL 62863**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |
|---|---|---|---|---|

**Elnora Long**
**2203 Michelle Dr**
**Marion, IL 62959**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.88 | $127.88 |
|---|---|---|---|---|

**Emily Jones**
**318 N Union St**
**West Salem, IL 62476**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.50 | $77.50 |
|---|---|---|---|---|

**Grace E Sebaugh**
**615 W Grand**
**Carterville, IL 62918**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Gregory D Keel**
**409 S Division St**
**Carterville, IL 62918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.38 | $319.38 |
|---|---|---|---|---|

**Jamey L Burton**
**25 E Walnut**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.00 | $222.00 |
|---|---|---|---|---|

**Jennifer L Norris**
**275 Foxrun Rd**
**Goreville, IL 62939**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.75 | $633.75 |
|---|---|---|---|---|

**Jerry L Hays**
**68 Bush Ln**
**Carbondale, IL 62902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.88 | $385.88 |
|---|---|---|---|---|

**John Roberts**
**133 E Vine St**
**Grayville, IL 62844**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 | $630.00 |
|---|---|---|---|---|

**Joshua L Wagner**
**914 West Fourth St**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |
|---|---|---|---|---|

**Justin Harms**
**106 S Drive**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.56 | $117.56 |
|---|---|---|---|---|

**Justin R Hall**
**205 Virginia Ave**
**Carterville, IL 62918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|

**Karen Cline**
**127 W Elm  apt B**
**Albion, IL 62806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
|---|---|---|---|---|

**Kari L Rogers**
**11118 Rt 37 N**
**Marion, IL 62959**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.00 | $516.00 |
|---|---|---|---|---|

**Karla J Ridgley**
**2280 IL Hwy 15E**
**Fairfield, IL 62837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.50 | $108.50 |
|---|---|---|---|---|

**Katie Askren**
**13975 Ee 850 Rd**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.25 | $239.25 |
|---|---|---|---|---|

**Kelly Hannah**
**814 W 9thh St**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |
|---|---|---|---|---|

**Kerington R Long**
**11295 Alta Dr**
**Carterville, IL 62918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.50 | $482.50 |
|---|---|---|---|---|

**Kimberly A Barnhart**
**209 E Poplar St**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.75 | $420.75 |
|---|---|---|---|---|

**Kurtis T Seed**
**71 Bush Ln**
**Carbondale, IL 62901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 | $31.00 |
|---|---|---|---|---|

**Kyler Gammon**
**228 Kieffer Ave**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.00 | $207.00 |
|---|---|---|---|---|

**LaDonna M Crouch**
**140 E Main St**
**Albion, IL 62806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.44 | $513.44 |
|---|---|---|---|---|

**Mary E Priddy**
**301 N Main**
**Royalton, IL 62983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.75 | $148.75 |
|---|---|---|---|---|

**2.47**

Priority creditor's name and mailing address

**Mary K Kline**
**829 Co Hwy 21**
**Fairfield, IL 62837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$148.75    $148.75

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48**

Priority creditor's name and mailing address

**Mary S Wood**
**1025 Poplar Ct**
**Mount Carmel, IL 62863**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.00    $68.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address

**McKenzye A Earnest**
**123 Norman Dr**
**Mount Carmel, IL 62863**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41.25    $41.25

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address

**Melissa A Sweat**
**228 Locust St**
**Albion, IL 62806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$285.75    $285.75

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

　　　　　Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Melissa D Deisher**
**5170 N 1220 Blvd**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.38 | $81.38 |
|---|---|---|---|---|

**Micah B Henson**
**384 N 3rd St**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Michael L Doan**
**330 W 10th St**
**Apt 710**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $72.00 |
|---|---|---|---|---|

**Michelle L Piller**
**330 N 7th**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.75 | $393.75 |
|---|---|---|---|---|

**Mike C Broedel**
**926 Poplar St**
**Mount Carmel, IL 62863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.38 | $142.38 |
|---|---|---|---|---|

**Millie L Seyfert**
**909 Tippit St**
**Carterville, IL 62918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.25 | $268.25 |
|---|---|---|---|---|

**Patrick N Murphy**
**603 Taylor St**
**Grayville, IL 62844**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.31 | $274.31 |
|---|---|---|---|---|

**Paul I Sheffer**
**125 George St**
**Anna, IL 62906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.63 | $73.63 |
|---|---|---|---|---|

**Quincie Borowiak**
**235 W Elm St**
**Albion, IL 62806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.00 | $603.00 |
|---|---|---|---|---|

**Randel K Bachelor**
**9219 E 100th Ave**
**Flat Rock, IL 62427**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|

**Raymond B Higginson**
**6422 Hwy 1**
**Mount Carmel, IL 62863**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.44 | $168.44 |
|---|---|---|---|---|

**Rebecca J Harris**
**2808 Co Rd 525 N**
**Ellery, IL 62833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.94 | $255.94 |
|---|---|---|---|---|

**Reva A Rice**
**203 N Charles**
**West Salem, IL 62476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**Robin L Girtman**
**6094 Wards Mill**
**Marion, IL 62959**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.25 | $173.25 |
|---|---|---|---|---|

**Sally R Dunham**
**112 N Otis**
**Marion, IL 62959**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Sarah R Sparks**
**311 Seminary St**
**West Salem, IL 62476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Borowiak IGA Foodliner, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.25 | $41.25 |
|---|---|---|---|---|
| | **Simon E Berberich**<br>**204 Patrick Pl**<br>**Mount Carmel, IL 62863** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.50 | $456.50 |
|---|---|---|---|---|
| | **Steve Martin**<br>**160 S 2nd St**<br>**Albion, IL 62806** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 | $234.00 |
|---|---|---|---|---|
| | **Susan J Moore**<br>**PO Box 181**<br>**Carterville, IL 62918** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.50 | $319.50 |
|---|---|---|---|---|
| | **Tammy K Keepes**<br>**13489 E 500 Rd**<br>**Mount Carmel, IL 62863** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.44 | $146.44 |
|---|---|---|---|---|

**Taylor LeCrone**
**715 N Cherry St**
**Mount Carmel, IL 62863**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.50 | $313.50 |
|---|---|---|---|---|

**Tiffany M Emmons**
**506 Cooper St**
**West Salem, IL 62476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Trevor Borowiak**
**232 W Elm St**
**Albion, IL 62806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.25 | $85.25 |
|---|---|---|---|---|

**Zakaria R Jackson**
**103 Lakeshore Dr**
**Carterville, IL 62918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Borowiak IGA Foodliner, Inc**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.1** Nonpriority creditor's name and mailing address
**A & D Distributing of Evansville**
**PO Box 8203**
**Evansville, IN 47716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

$928.57

---

**3.2** Nonpriority creditor's name and mailing address
**A T and T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$618.86

---

**3.3** Nonpriority creditor's name and mailing address
**Ace Hardware Corp**
**2200 Kensington Ct**
**Oak Brook, IL 60523-2103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Produce**

Is the claim subject to offset? ■ No ☐ Yes

$29,201.05

---

**3.4** Nonpriority creditor's name and mailing address
**Ace Hardware Corp**
**2200 Kensington Ct**
**Oak Brook, IL 60523-2103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clawback**

Is the claim subject to offset? ■ No ☐ Yes

$83,038.67

---

**3.5** Nonpriority creditor's name and mailing address
**American Rod & Gun**
**PO Box 2820**
**Springfield, MO 65801-2820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$233.23

---

**3.6** Nonpriority creditor's name and mailing address
**American Welding  & Gas**
**PO Box 74008003**
**Chicago, IL 60674-8003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

$422.94

---

**3.7** Nonpriority creditor's name and mailing address
**Arab**
**1066 E Diamond Ave**
**Evansville, IN 47711-3909**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Exterminator**

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$618.86** |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,917.16** |
|---|---|---|---|

**B&G Venegoni**
**850 West Highway 14**
**Christopher, IL 62822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.20** |
|---|---|---|---|

**Bahr's Noodles**
**PO Box 305**
**Georgetown, IL 61846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,341.90** |
|---|---|---|---|

**Basic Vitamins**
**PO Box 412**
**Vandalia, OH 45377-0412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.56** |
|---|---|---|---|

**Battery Specialists**
**1018 S 10th St**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.62** |
|---|---|---|---|

**Behrmann**
**303 E State Rte 161**
**Albers, IL 62215**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,172.00** |
|---|---|---|---|

**Bert R Hybels Inc**
**3322 Grand Prairie**
**Kalamazoo, MI 49006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.49** |
|---|---|---|---|

**Bimbo Foods, Inc**
PO Box 827810
Philadelphia, PA 19182-7810

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.30** |
|---|---|---|---|

**Blue Cross Blue Shield**
PO Box 3235
Naperville, IL 60566

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Health insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,970.00** |
|---|---|---|---|

**Blue Rhino**
PO Box 281956
Atlanta, GA 30384-1956

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,153.44** |
|---|---|---|---|

**Bollinger Poultry Company**
PO Box A
Highway 72 East
Patton, MO 63662

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,047.12** |
|---|---|---|---|

**Branded Apparel**
PO Box 10556
Cedar Rapids, IA 52410-0556

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$382.19** |
|---|---|---|---|

**Breakthru Beverage Illinois**
PO Box 463
Belleville, IL 62222

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Product

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$795.00** |
|---|---|---|---|

**Brents Lock and Key**
790 Jefferson St
Carlyle, IL 62231

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,303.85 |
|---|---|---|---|

**Buffalo Bob's**
**Bobs Greg Tibbs**
**7568 Rt 166**
**Creal Springs, IL 62922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Product**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Burdzinski & Partners**
**2393 Hickory Bark Dr**
**Dayton, OH 45458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,575.63 |
|---|---|---|---|

**Campbell Fire & Safety**
**PO Box 655**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.35 |
|---|---|---|---|

**Carmi Times**
**PO Box 190**
**Carmi, IL 62821-0190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Product**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,174.70 |
|---|---|---|---|

**Central Cigars - Candy Co**
**PO Box 420**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Product**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.98 |
|---|---|---|---|

**City of Centralia**
**PO Box 569**
**Centralia, IL 62801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.66 |
|---|---|---|---|

**City of Grayville**
**122 South Court St**
**Grayville, IL 62844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Water**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Borowiak IGA Foodliner, Inc**
_____   Case number *(if known)* _____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.82** |
|---|---|---|---|

**City of Lawrenceville**
**PO Box 557**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.12** |
|---|---|---|---|

**City of Marion**
**1102 Tower Square Plaza**
**Marion, IL 62959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$316.04** |
|---|---|---|---|

**City of Mt Vernon**
**PO Box 1708**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,545.35** |
|---|---|---|---|

**Clean**
**PO Box 840140**
**Kansas City, MO 64184-0140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,591.29** |
|---|---|---|---|

**Clean Fuels National**
**4620 E 900S**
**Keystone, IN 46759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,373.79** |
|---|---|---|---|

**Coca Cola Bottling Co Consolidated**
**PO Box 602937**
**Charlotte, NC 28260-2937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,137.07** |
|---|---|---|---|

**Designer Greetings**
**PO Box 1477**
**Edison, NJ 08818-1477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Devils Breath Chile Co**
**12266 Songbird Rd**
**Marion, IL 62959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product__

Is the claim subject to offset? ☑ No ☐ Yes

**$126.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Dippin Dots**
**PO Box 480**
**Metropolis, IL 62960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product__

Is the claim subject to offset? ☑ No ☐ Yes

**$652.08**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Direct Energy Business**
**PO Box 70220**
**Philadelphia, PA 19176-0220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$87,463.49**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Discount Paper Products**
**46570 Humbolot Dr**
**Novi, MI 48377-2434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,427.29**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Dixie Cream Donuts**
**510 West Main**
**West Frankfort, IL 62896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product__

Is the claim subject to offset? ☑ No ☐ Yes

**$46,614.70**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Donnewald Distributing**
**2100 Samuel W Andrews Dr**
**Greenville, IL 62246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,796.94**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Earthgrains Baking Co Inc**
**PO Box 842437**
**Boston, MA 02284-2437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Product__

Is the claim subject to offset? ☑ No ☐ Yes

**$12,132.51**

---

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
| | **Edward Borowiak**<br>**13 N 5th St**<br>**Albion, IL 62806-1021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Unsecured loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.55** |
|---|---|---|---|
| | **Electronic Architechs Inc**<br>**16147 N Illinois Hwy 37**<br>**Mount Vernon, IL 62864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,172.25** |
|---|---|---|---|
| | **Elko's Sales Inc**<br>**204 S Mcdyby Ave**<br>**Buckner, IL 62819-9730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,389.21** |
|---|---|---|---|
| | **Excel Bottling Co Inc**<br>**488 South Broadway**<br>**Breese, IL 62230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,124.21** |
|---|---|---|---|
| | **Flowers Baking Co of Batesvil**<br>**PO Box 847871**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,827.25** |
|---|---|---|---|
| | **Frey Produce**<br>**111 Ci Hwy 15#A**<br>**Keenes, IL 62851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,537.94** |
|---|---|---|---|
| | **Frito-Lay**<br>**75 Remittance Drive  Ste 1217**<br>**Chicago, IL 60675-1217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.97 |
|---|---|---|---|
| | **Good L Corp**<br>**PO Box 337**<br>**La Vergne, TN 37086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,616.41 |
|---|---|---|---|
| | **Gordon Food Service Inc**<br>**Payment Processing Center**<br>**Palatine, IL 60055-0490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Hartford Financial Services**<br>**PO Box 415738**<br>**Boston, MA 02241-5738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insurance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,805.21 |
|---|---|---|---|
| | **Heartland Coca Cola Bottling Co**<br>**PO Box 74008600**<br>**Chicago, IL 60674-8600** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,057.04 |
|---|---|---|---|
| | **Heritage Petroleum LLC**<br>**PO Box 6850**<br>**Evansville, IN 47719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.65 |
|---|---|---|---|
| | **Hobart Sales & Service**<br>**711 Good Hope St**<br>**Cape Girardeau, MO 63703-6250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,856.71 |
|---|---|---|---|
| | **Home City Ice Company**<br>**PO Box 111116**<br>**Cincinnati, OH 45211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Borowiak IGA Foodliner, Inc**
Name

Case number *(if known)*

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$601.00** |
|---|---|---|---|

**Houseworth Electrical Contract**
PO Box 1551
Mount Vernon, IL 62864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
|---|---|---|---|

**IL Environmental Protection Agency**
Fiscal Services #2
Springfield, IL 62794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.49** |
|---|---|---|---|

**Illinois Gas Company**
1927 Miller Dr
Olney, IL 62450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$917.85** |
|---|---|---|---|

**Indoff Incorporated**
PO Box 842808
Kansas City, MO 64184-2808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.83** |
|---|---|---|---|

**Jarvis Food Equipment**
2195 Commercial Ct
Evansville, IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261.60** |
|---|---|---|---|

**JD Mullen Co**
211-215 S Main St
Palestine, IL 62451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00** |
|---|---|---|---|

**Jeff Guisewite Inc**
16153 E 1100 Rd
Mount Carmel, IL 62863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Borowiak IGA Foodliner, Inc**

Name

Case number *(if known)* _____

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,306.08** |
|---|---|---|---|

**Jefferson County Collector**
**100 S 10th St  Rm 100**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,660.00** |
|---|---|---|---|

**Jimmy the Plumber**
**16309 N Mccauley Ln**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**John and Barbara Mckim**
**PO Box 308**
**Lawrenceville, IL 62439-0308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawrenceville lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00** |
|---|---|---|---|

**Joy Lane Produce LLLC**
**2129 Illinois Route 130**
**West Salem, IL 62476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,444.76** |
|---|---|---|---|

**K&A Distribution Inc**
**PO Box 40**
**Litchfield, IL 62056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,359.29** |
|---|---|---|---|

**Kasco Atlanta Sharp Tech**
**PO Box 202368**
**Dallas, TX 75320-2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.00** |
|---|---|---|---|

**Kim's Ice Cream LLC**
**PO Box 382**
**Sandoval, IL 62882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Borowiak IGA Foodliner, Inc**
_____
　　　　　Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Knapp Propane**<br>**PO Box 595**<br>**Mount Vernon, IL 62864**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$220.63** |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Koerner Distributor Inc**<br>**PO Box 67**<br>**Effingham, IL 62401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,921.85** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Koerner Distributor Inc**<br>**PO Box 67**<br>**Effingham, IL 62401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Liquor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,370.68** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**L and K Fire Protection**<br>**PO Box 187**<br>**Marion, IL 62959**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$175.00** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Lawrenceville Daily Record**<br>**PO Box 639**<br>**Robinson, IL 62454**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Advertising**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$868.24** |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Lee Enterprises**<br>**PO Box 742548**<br>**Cincinnati, OH 45274-2548**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,601.41** |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Lewis Bros Bakeries Inc**<br>**1957 Momentum Place**<br>**Chicago, IL 60689-5319**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,767.90** |

Debtor  **Borowiak IGA Foodliner, Inc**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Mack's Auto Sales Inc**
**1172 Catman Court**
**Marion, IL 62959**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Marion lease

Is the claim subject to offset? ■ No ☐ Yes

**$38,500.00**

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**Marion County Collector**
**PO Box 907**
**Salem, IL 62881-0907**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,212.98**

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Marion Daily Republican**
**PO Box 184**
**Du Quoin, IL 62832**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

Is the claim subject to offset? ■ No ☐ Yes

**$127.80**

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**Mark Sheets**
**1509 Dodds St**
**Mount Vernon, IL 62864**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Product

Is the claim subject to offset? ■ No ☐ Yes

**$114.16**

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**Markel**
**PO Box 650028**
**Dallas, TX 75265-0028**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No ☐ Yes

**$3,837.00**

---

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**McKee Foods Corporation**
**PO Box 2118**
**Collegedale, TN 37315-2118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Product

Is the claim subject to offset? ■ No ☐ Yes

**$11,482.81**

---

| | |
|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** |

**Mettler Toledo**
**22670 Network Pl**
**Chicago, IL 60673-1226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

**$2,205.03**

---

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,545.44** |
|---|---|---|---|
| | **Miller's Country Crafts Inc** <br> **150 Millers Country Lane** <br> **Ava, IL 62907** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Product** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461.74** |
|---|---|---|---|
| | **Mingo River Dist LLC** <br> **PO Box 480** <br> **Puxico, MO 63960** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Product** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$257,788.71** |
|---|---|---|---|
| | **Moran Foods LLC** <br> **400 Northwest Plaza Dr** <br> **Saint Ann, MO 63074** | ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Clawback Sav-a-Lot** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$940.60** |
|---|---|---|---|
| | **Morgan Distributing** <br> **4437 Martha Court** <br> **Newburgh, IN 47630** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Product** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,821.36** |
|---|---|---|---|
| | **Mt Carmel Public Utility** <br> **PO Box 220** <br> **Mount Carmel, IL 62863** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,427.31** |
|---|---|---|---|
| | **Mt Carmel Register** <br> **PO Box 1350** <br> **Paducah, KY 42002** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Advertising** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,261.97** |
|---|---|---|---|
| | **Navigator** <br> **PO Box 10** <br> **Albion, IL 62806-0010** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Services** <br><br> Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.00**

NCR
14181 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,119.22**

Neumayer Equipment Co Inc
PO Box 419161
Saint Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$669.70**

Nutmeg Spice Company
7 Bombard Court
Terryville, CT 06786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$512.60**

Orkin
1903 Princeton Ave
Marion, IL 62959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,929.11**

PBC
PO Box 75948
Chicago, IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,655.02**

Pepsi Midamerica
PO Box 1070
Marion, IL 62959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,565.60**

POS Plus LLC
PO Box 1907
Marion, IL 62959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$776.00** |
|---|---|---|---|

**Power Distributing**
24537 Network Pl
Chicago, IL 60673-1245

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Product__

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,214.71** |
|---|---|---|---|

**Prairie Farms Dairy Olney**
217 W Main
Olney, IL 62450

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Product__

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,921.01** |
|---|---|---|---|

**Primo Water Corporation**
PO Box 100125
Columbia, SC 29202-3125

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Product__

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$383.01** |
|---|---|---|---|

**Princeton Daily Clarion**
PO Box 1360
Paducah, KY 42002

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Product__

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00** |
|---|---|---|---|

**Rafferty Lawn Care**
207 W 9th St
Mount Carmel, IL 62863

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,082.52** |
|---|---|---|---|

**Record Indiana Inc**
PO Box 57158
Pleasant Hill, IA 50327

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,583.32** |
|---|---|---|---|

**Republic Service 694**
PO Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Republic Service 732**
PO Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,607.04**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Retail Data Systems**
16 Sunnen Dr  Ste 162
Maplewood, MO 63143

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Retail Merchants Committee**
% Wabash County COC
219 N Market St  Ste 1A
Mount Carmel, IL 62863

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.109** | **Nonpriority creditor's name and mailing address**

**Rice Enterprises**
3906 Robin Dr
Mount Vernon, IL 62864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No  ☐ Yes

**$126.00**

---

**3.110** | **Nonpriority creditor's name and mailing address**

**Rug Doctor**
PO Box 733979
Dallas, TX 75373-3979

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,282.49**

---

**3.111** | **Nonpriority creditor's name and mailing address**

**S K Smith Electric**
PO Box 846
Mount Carmel, IL 62863

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$120.63**

---

**3.112** | **Nonpriority creditor's name and mailing address**

**S-L Distribution Company Inc**
PO Box 412032
Boston, MA 02241-2032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No  ☐ Yes

**$256.16**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.09**

**Santana Energy Services**
**26697 Network Pl**
**Chicago, IL 60673-1266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.87**

**Schmidt Equipment & Supply**
**411 Eichelberger St**
**Saint Louis, MO 63111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$586.66**

**Sharp & Williams**
**202 West Ninth St**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.92**

**Sharp Systems Inc**
**PO Box 99**
**Rehoboth Beach, DE 19971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,103.03**

**Sherwood Food Distributors**
**12499 Evergreen Rd**
**Detroit, MI 48228-1059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.84**

**Southern Glazer's of IL**
**2971 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,432.95**

**Southern Illinois Beverage**
**887 N Washington St**
**Nashville, IL 62263-0261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address

**Southern Illinoisan**
710 N Illinois Ave
Carbondale, IL 62901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

$2,803.62

---

**3.121** | Nonpriority creditor's name and mailing address

**St Louis Post Dispatch**
Payment Department
Saint Louis, MO 63101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

$1,016.30

---

**3.122** | Nonpriority creditor's name and mailing address

**Stanley Access Tech LLC**
PO Box 0371595
Pittsburgh, PA 15251

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$819.80

---

**3.123** | Nonpriority creditor's name and mailing address

**Staples Advantage**
Dept Det
Chicago, IL 60696-3589

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$1,814.13

---

**3.124** | Nonpriority creditor's name and mailing address

**Superior Foods**
4243 Broadmoor Ave SE
Kentwood, MI 49512

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

$1,151.87

---

**3.125** | Nonpriority creditor's name and mailing address

**Swinford Publications**
PO Box 10
Marion, IL 62959

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

$134.00

---

**3.126** | Nonpriority creditor's name and mailing address

**T Ham Sign**
PO Box 155
Mount Vernon, IL 62864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$2,325.31

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.00 |
|---|---|---|---|

**Terminix International**
PO Box 742592
Cincinnati, OH 45274-2592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.60 |
|---|---|---|---|

**The Carmi Chronicle**
PO Box 10
Albion, IL 62806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,156.17 |
|---|---|---|---|

**The Hartford**
PO Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**The Original Company**
PO Box 242
Vincennes, IN 47591-0242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,583.47 |
|---|---|---|---|

**The Sentinel**
Attn Circulation
Centralia, IL 62801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,928.57 |
|---|---|---|---|

**The Shopper's Weekly**
PO Box 1223
Centralia, IL 62801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Town Square Publications**
155 E Algonquin Rd
Arlington Heights, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Advertising__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number (if known) | |
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,705.98** |

**Tracy Electric**
1308 Jefferson
Lawrenceville, IL 62439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.80** |

**Trader Circulation**
PO Box 617
West Frankfort, IL 62896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$892,000.00** |

**Trevor Borowiak**
235 W Elm St
Albion, IL 62806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |

**Tri Kote**
PO Box 661
Mount Carmel, IL 62863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,245.84** |

**Triad Industrial Supply**
PO Box 5388
Springfield, IL 62705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$623,482.38** |

**Troyer Foods Inc**
PO Box 1938
Bloomington, IN 47402-1938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,130.05** |

**Troyer Heating and Air Inc**
276 Co Rd 1850N
West Salem, IL 62476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.00** |
|---|---|---|---|

**Tucker Auto-Mation**
**6131 Wedeking Ave Bldg G Ste**
**Evansville, IN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,740.00** |
|---|---|---|---|

**U S Department of Labor OSHA**
**11 Executive Dr   Ste 11**
**Fairview Heights, IL 62208**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fines**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$503.52** |
|---|---|---|---|

**Uncle Joe's Sauces**
**17327 Tick Ridge Rd**
**Ewing, IL 62836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,744.40** |
|---|---|---|---|

**UNFI Supervalue**
**PO Box 9008**
**Champaign, IL 61826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201,591.00** |
|---|---|---|---|

**United Food & Commercial Workers**
**PO Box 6000**
**Frankfort, IL 60423-6000**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Union claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,032.78** |
|---|---|---|---|

**USA Today**
**PO Box 677446**
**Dallas, TX 75267-7446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,339.73** |
|---|---|---|---|

**UTZ Quality Foods Inc**
**900 High St**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Borowiak IGA Foodliner, Inc**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.148 | |

**Nonpriority creditor's name and mailing address**
**Wenneman Market Wholesale**
**PO Box 341**
**Saint Libory, IL 62282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$3,914.64**

---

| 3.149 |
|---|

**Nonpriority creditor's name and mailing address**
**White Sanitation**
**21529 Double Arch Rd**
**Staunton, IL 62088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| 3.150 |
|---|

**Nonpriority creditor's name and mailing address**
**Williams Country Sausage**
**4009 Greenfield Rd**
**Union City, TN 38261**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$3,428.10**

---

| 3.151 |
|---|

**Nonpriority creditor's name and mailing address**
**Wilsons BBQ**
**11120 Broadway Ave**
**Evansville, IN 47712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

| 3.152 |
|---|

**Nonpriority creditor's name and mailing address**
**Wilsons General Store**
**11120 Broadway Ave**
**Evansville, IN 47712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| 3.153 |
|---|

**Nonpriority creditor's name and mailing address**
**WMIX**
**PO Box 1508**
**Mount Vernon, IL 62864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

| 3.154 |
|---|

**Nonpriority creditor's name and mailing address**
**WSJD-FM**
**331 N Market St**
**Mount Carmel, IL 62863**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Borowiak IGA Foodliner, Inc** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,363.29 |
|---|---|---|---|

**Yukon Refrigeration**
**9324 E IL Hwy 15**
**Mount Vernon, IL 62864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alicia M Granito**<br>**10135 Illinois Route 16**<br>**Hillsboro, IL 62049** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jacobs Burns Orlove and Hernandez**<br>**150 N Michigan Ave  Ste 1000**<br>**Chicago, IL 60601** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Slevin and Hart PC**<br>**1625 Massachusetts Ave NW  Ste 450**<br>**Washington, DC 20036** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Spencer W Tanner**<br>**PO Box 1507**<br>**Evansville, IN 47706** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **UNFI Supervalu**<br>**2611 N Lincoln Ave**<br>**Urbana, IL 61801** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 19,567.33 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,557,976.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,577,543.92 |

**Fill in this information to identify the case:**

Debtor name   **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Membership agreement**<br>**Reject**<br><br><br><br>**Ace Hardware Corp**<br>**2200 Kensington Ct**<br>**Oak Brook, IL 60523-2103** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3 seperate broker listing agreements to sell grocery stores in Albion, Mt. Carmel and Carterville, IL**<br>**April 30, 2020**<br><br>**American Business Brokers**<br>**120 E Section Ave**<br>**Effingham, IL 62401** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mt. Vernon store**<br>**$14,000.00 per month**<br>**Reject**<br><br><br>**Borowiak Enterprises LLC**<br>**13 N 5th St**<br>**Albion, IL 62806** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Centralia store**<br>**$7,250.00 per month**<br>**Reject**<br><br><br>**Borowiak Enterprises LLC**<br>**13 N 5th St**<br>**Albion, IL 62806** |

Debtor 1    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*  _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Mt. Carmel store $2,500.00 per month** | |
| State the term remaining | **Borowiak Enterprises LLC** |
| List the contract number of any government contract | **13 N 5th St Albion, IL 62806** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Carterville store $1,000.00 per month** | |
| State the term remaining | **Borowiak Enterprises LLC** |
| List the contract number of any government contract | **13 N 5th St Albion, IL 62806** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Albion store $3,000.00 per month** | |
| State the term remaining | **Edward Borowiak** |
| List the contract number of any government contract | **13 E Main St Albion, IL 62806** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Marion store lease store now closed Reject** | |
| State the term remaining | **Mack's Auto Sales Inc** |
| List the contract number of any government contract | **1172 Catman Court Marion, IL 62959** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **supply agreement** | |
| State the term remaining **March 2029** | **Super Value** |
| List the contract number of any government contract | **11840 Valley View Rd Eden Prairie, MN 55344** |

**Fill in this information to identify the case:**

Debtor name    **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jacqueline Borowiak** | **235 W Wlm St**<br>**Albion, IL 62806** | **Citizens National of Albion** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jacqueline Borowiak** | **235 W Wlm St**<br>**Albion, IL 62806** | **Moran Foods LLC** | ☐ D _____<br>■ E/F ___3.87___<br>☐ G _____ |
| 2.3 | **Trevor Borowiak** | **235 W Elm St**<br>**Albion, IL 62806** | **Citizens National of Albion** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Trevor Borowiak** | **235 W Elm St**<br>**Albion, IL 62806** | **Heritage Petroleum LLC** | ☐ D _____<br>■ E/F ___3.54___<br>☐ G _____ |
| 2.5 | **Trevor Borowiak** | **235 W Elm St**<br>**Albion, IL 62806** | **Moran Foods LLC** | ☐ D _____<br>■ E/F ___3.87___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Borowiak IGA Foodliner, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $14,722,553.81 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $29,536,016.97 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | $52,165,631.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Pepsi Midamerica**<br>PO Box 1070<br>Marion, IL 62959 | June 7, 2019 | $10,445.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Coca Cola Bottling Co Consolidated**<br>PO Box 602937<br>Charlotte, NC 28260-2937 | June 14, 2019 | $17,662.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Direct Energy Business**<br>PO Box 70220<br>Philadelphia, PA 19176-0220 | June 14, 2019 | $14,258.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.4. **Frito-Lay**<br>75 Remittance Drive  Ste 1217<br>Chicago, IL 60675-1217 | June 14, 2019 | $24,502.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Heartland Coca Cola Bottling Co**<br>PO Box 74008600<br>Chicago, IL 60674-8600 | June 14, 2019 | $28,787.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Markel**<br>PO Box 650028<br>Dallas, TX 75265-0028 | June 14, 2019 | $8,446.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.7. **John and Barbara Mckim**<br>PO Box 308<br>Lawrenceville, IL 62439-0308 | June 18, 2019 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.8. **Mt Carmel Public Utility**<br>PO Box 220<br>Mount Carmel, IL 62863 | June 23, 2019 | $13,971.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Borowiak IGA Foodliner, Inc**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Pepsi Midamerica**<br>PO Box 1070<br>Marion, IL 62959 | **June 23, 2019** | **$8,229.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Williamson County Collector**<br>200 West Jefferson<br>Marion, IL 62959 | **June 28, 2019** | **$8,222.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Property taxes** |
| 3.11. **Direct Energy Business**<br>PO Box 70220<br>Philadelphia, PA 19176-0220 | **June 28, 2019** | **$20,547.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.12. **The Hartford**<br>PO Box 660916<br>Dallas, TX 75266-0916 | **June 28, 2019** | **$10,156.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.13. **Direct Energy Business**<br>PO Box 70220<br>Philadelphia, PA 19176-0220 | **July 12, 2019** | **$19,354.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.14. **Frito-Lay**<br>75 Remittance Drive  Ste 1217<br>Chicago, IL 60675-1217 | **July 12, 2019** | **$11,064.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Marion County Collector**<br>PO Box 907<br>Salem, IL 62881 | **July 12, 2019** | **$14,212.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Property taxes** |
| 3.16. **John and Barbara Mckim**<br>PO Box 308<br>Lawrenceville, IL 62439-0308 | **July 18, 2019** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Borowiak IGA Foodliner, Inc**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17<br>. | **Coca Cola Bottling Co Consolidated**<br>PO Box 602937<br>Charlotte, NC 28260-2937 | **July 19, 2019** | **$10,996.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18<br>. | **Heartland Coca Cola Bottling Co**<br>PO Box 74008600<br>Chicago, IL 60674-8600 | **July 19, 2019** | **$16,613.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>. | **Mt Carmel Public Utility**<br>PO Box 220<br>Mount Carmel, IL 62863 | **July 19, 2019** | **$15,826.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.20<br>. | **Direct Energy Business**<br>PO Box 70220<br>Philadelphia, PA 19176-0220 | **August 2, 2019** | **$21,301.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.21<br>. | **Direct Energy Business**<br>PO Box 70220<br>Philadelphia, PA 19176-0220 | **August 9, 2019** | **$18,122.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |
| 3.22<br>. | **Coca Cola Bottling Co Consolidated**<br>PO Box 602937<br>Charlotte, NC 28260-2937 | **August 16, 2018** | **$15,426.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23<br>. | **John and Barbara Mckim**<br>PO Box 308<br>Lawrenceville, IL 62439-0308 | **August 18, 2019** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rent__ |
| 3.24<br>. | **Mt Carmel Public Utility**<br>PO Box 220<br>Mount Carmel, IL 62863 | **August 23, 2019** | **$14,020.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Utilities__ |

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.25<br>. **Williamson County Collector**<br>**200 West Jefferson**<br>**Marion, IL 62959** | **August 30,<br>2019** | **$8,222.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Property taxes__ |
| 3.26<br>. **Direct Energy Business**<br>**PO Box 70220**<br>**Philadelphia, PA 19176-0220** | **September 6,<br>2019** | **$28,327.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Utilities__ |
| 3.27<br>. **Borowiak's Enterprises LLC**<br>**13 N 5th St**<br>**Albion, IL 62806** | **August 18,<br>2019** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **November 5,<br>2018** | **$3,000.00** | **Repay loan** |
| 4.2. **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **November<br>23, 2018** | **$4,000.00** | **Repay loan** |
| 4.3. **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **December<br>21, 2018** | **$4,000.00** | **Repay loan** |
| 4.4. **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **February 19,<br>2019** | **$5,000.00** | **Repay loan** |
| 4.5. **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **March 19,<br>2019** | **$7,000.00** | **Repay loan** |
| 4.6. **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **April 24,<br>2019** | **$2,000.00** | **Repay loan** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Borowiak IGA Foodliner, Inc | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Borowiak's IGA Foodliner, Inc.**<br>v<br>**Affiliated Foods Midwest Cooperative Inc and Associated Wholesale Grocers**<br>**8:16-cv-0466** | | **United States District Court District of Nebraska** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **United Food & Commercial Workers**<br>v<br>**Borowiak's IGA**<br>**19-cv-04916** | **Collection** | **United States District Court Northern District of Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Heritage Petroleum LLC**<br>v<br>**Borowiak's IGA**<br>**82-1908-CC-004559** | **Collection** | **State of Indiana County of Vanderburgh** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **K & A Distributing Inc**<br>v<br>**Borowiak's IGA**<br>**2019-LM-46** | **Collection** | **Montgomery County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **St Marys Church**<br>Mount Vernon, IL 62864 | **Fundraiser** | **January 8, 2018** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **Hope Center**<br>Albion, IL 62806 | **Help for needy people** | **January 19, 2019** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Antonik Law Offices**<br>3405 Broadway<br>PO Box 594<br>Mount Vernon, IL 62864 | **Attorney fees and filing fee** | **February 22, 2019** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Antonik Law Offices**<br>3405 Broadway<br>PO Box 594<br>Mount Vernon, IL 62864 | **Attorney fees** | **March 6, 2019** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Antonik Law Offices**<br>**3405 Broadway**<br>**PO Box 594**<br>**Mount Vernon, IL 62864** | **Attorney fees** | **September 5, 2019** | **$7,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Borowiak's IGA**<br>**500 S 10th**<br>**Mount Vernon, IL 62864** | |
| 14.2. | **Borowiak's IGA**<br>**1422 E Mccord**<br>**Centralia, IL 62801** | |
| 14.3. | **Borowiak's IGA**<br>**1301 State Street**<br>**Lawrenceville, IL 62439** | |
| 14.4. | **Borowiak's IGA**<br>**915 W Main**<br>**Marion, IL 62959** | |
| 14.5. | **Borowiak's IGA**<br>**709 N Court St**<br>**Grayville, IL 62844** | |

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **through Country Companies** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Western Union** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Summer 2019** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Borowiak IGA Foodliner, Inc**                                   Case number *(if known)*

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Citizens National of Albion 10 West Elm St Albion, IL 62806** | **Trevor & Jacqueline Borowiak** | | ☐ No ■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | **Borowiak IGA Foodliner, Inc** | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Deana Smith**<br>**13 N 5th St**<br>**Albion, IL 62806** | **2003 - present** |
| 26a.2. | **Mark Franklin** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Mark Franklin**<br>**2800 Campus Dr  Ste 44**<br>**Plymouth, MN 55441** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | |
| 26c.2. | **Mark Franklin** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Citizens National of Albion**<br>**10 West Elm St**<br>**Albion, IL 62806** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

| | Name and address |
|---|---|
| 26d.2. | **Banterra Bank**<br>**506 N Victor St**<br>**Christopher, IL 62822** |
| 26d.3. | **Super Value**<br>**11840 Valley View Rd**<br>**Eden Prairie, MN 55344** |
| 26d.4. | **United Food & Commercial Workers**<br>**PO Box 6000**<br>**Frankfort, IL 60423-6000** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Trevor Borowiak** | **April 28, 2019** | **$1,994,600.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Trevor Borowiak** | **September 1, 2019** | **$863,741.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Trevor Borowiak** | **235 W Elm St**<br>**Albion, IL 62806** | **Stock**<br>**president** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jacqueline Borowiak** | **235 W Elm St**<br>**Albion, IL 62806** | **Secretary treasurer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Trevor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **$2,500.00** | **January - June** | **Weekly salary** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.2 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$5,000.00** | **April 11, 2018** | **Repay loan** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.3 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$7,000.00** | **August 27, 2018** | **Repay loan** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.4 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$3,000.00** | **November 5, 2018** | **Repay loan** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.5 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$4,000.00** | **November 23, 2018** | **Repay loan** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.6 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$4,000.00** | **December 21, 2018** | **Repay loan** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.7 . | **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | **$1,500.00** | **July 2019 - present** | **Weekly salary** |
| | **Relationship to debtor**<br>**Owner** | | | |

Debtor    **Borowiak IGA Foodliner, Inc**                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Minor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **$2,139.02** | **June 21, 2019 - September 13, 2019** | **Wages** |
| | **Relationship to debtor**<br>**Child** | | | |
| 30.9. | **Minor Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **$2,683.46** | **May 24, 2019 - September 13, 2019** | **Wages** |
| | **Relationship to debtor**<br>**Child** | | | |
| 30.10. | **Masor Borowiak**<br>**235 West Elm St**<br>**Albion, IL 62806** | **$4,692.21** | **September 14, 2018 - August 16, 2019** | **Wages** |
| | **Relationship to debtor**<br>**Child** | | | |
| 30.11. | **Malia Borowiak**<br>**235 W Elm St**<br>**Albion, IL 62806** | **$1,320.00** | **September 14, 2018 - December 21, 2018** | **Wages** |
| | **Relationship to debtor**<br>**Child** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Borowiak IGA Foodliner, Inc**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2019**

**/s/ Trevor Borowiak**                                          **Trevor Borowiak**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Borowiak IGA Foodliner, Inc** _____

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 37,000.00 |
| Prior to the filing of this statement I have received | $ | 37,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Additional services at $300.00 per hour.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Any objection to discharge or adversarial proceedings $300.00 or amended schedules - court filing fee.**
      **Additional fees as approved by the Court**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 17, 2019** _____

_Date_

/s/ Douglas A. Antonik

**Douglas A. Antonik 06190629**
_Signature of Attorney_
**Antonik Law Offices**
**Post Office Box 594**
**Mt. Vernon, IL 62864**
**618-244-5739  Fax: 618-244-9633**
**antoniklaw@charter.net**
_Name of law firm_

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Borowiak IGA Foodliner, Inc**             Case No. _____

                                     Debtor(s)                 Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Trevor Borowiak**<br>**232 W Elm St**<br>**Albion, IL 62806** | | **5,000 shares** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 17, 2019**                      Signature    **/s/ Trevor Borowiak**

                                                                     **Trevor Borowiak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Borowiak IGA Foodliner, Inc**                 Case No. _____

                                            Debtor(s)         Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:    **September 17, 2019** _____        **/s/ Trevor Borowiak** _____

                                                  **Trevor Borowiak/President**
                                                  Signer/Title

A & D Distributing of Evansville
PO Box 8203
Evansville, IN 47716


A T and T
PO Box 5080
Carol Stream, IL 60197-5080


Ace Hardware Corp
2200 Kensington Ct
Oak Brook, IL 60523-2103


Aden M Gill
214 E 10th St
Mount Carmel, IL 62863


Alexis N Piller
330 N 7th
Albion, IL 62806


Alicia M Granito
10135 Illinois Route 16
Hillsboro, IL 62049


Amanda Harrington
PO Box 243
Noble, IL 62868


American Business Brokers
120 E Section Ave
Effingham, IL 62401


American Rod & Gun
PO Box 2820
Springfield, MO 65801-2820


American Welding  & Gas
PO Box 74008003
Chicago, IL 60674-8003


Andrew P Gill
1621 Michael Ave
Mount Carmel, IL 62863

Arab
1066 E Diamond Ave
Evansville, IN 47711-3909


Ashlee Stewart
142 W Walnut St
Albion, IL 62806


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


B&G Venegoni
850 West Highway 14
Christopher, IL 62822


Bahr's Noodles
PO Box 305
Georgetown, IL 61846


Basic Vitamins
PO Box 412
Vandalia, OH 45377-0412


Battery Specialists
1018 S 10th St
Mount Vernon, IL 62864


Behrmann
303 E State Rte 161
Albers, IL 62215


Bert R Hybels Inc
3322 Grand Prairie
Kalamazoo, MI 49006


Betty J Elliott
13037 E 700 Rd
Mount Carmel, IL 62863


Bimbo Foods, Inc
PO Box 827810
Philadelphia, PA 19182-7810

Blue Cross Blue Shield
PO Box 3235
Naperville, IL 60566


Blue Rhino
PO Box 281956
Atlanta, GA 30384-1956


Bobby G Moore
PO Box 71
Albion, IL 62806


Bollinger Poultry Company
PO Box A
Highway 72 East
Patton, MO 63662


Borowiak Enterprises LLC
13 N 5th St
Albion, IL 62806


Branded Apparel
PO Box 10556
Cedar Rapids, IA 52410-0556


Breakthru Beverage Illinois
PO Box 463
Belleville, IL 62222


Brents Lock and Key
790 Jefferson St
Carlyle, IL 62231


Buffalo Bob's
Bobs Greg Tibbs
7568 Rt 166
Creal Springs, IL 62922


Burdzinski & Partners
2393 Hickory Bark Dr
Dayton, OH 45458


Campbell Fire & Safety
PO Box 655
Mount Vernon, IL 62864

Carmi Times
PO Box 190
Carmi, IL 62821-0190


Central Cigars - Candy Co
PO Box 420
Lawrenceville, IL 62439


Charles L Daniel
1210 Chestnut St
Mount Carmel, IL 62863


Cheryl Perrin
15974 N Harmony Ln
Mount Vernon, IL 62864


Christa Fisher
180 CR 200 E
Ellery, IL 62833


Christina Wright
180 County Rd 200 E
Ellery, IL 62833


Cierra M Harper
401 Independence
West Salem, IL 62476


Citizens National of Albion
10 West Elm St
Albion, IL 62806


City of Centralia
PO Box 569
Centralia, IL 62801


City of Grayville
122 South Court St
Grayville, IL 62844


City of Lawrenceville
PO Box 557
Lawrenceville, IL 62439

City of Marion
1102 Tower Square Plaza
Marion, IL 62959

City of Mt Vernon
PO Box 1708
Mount Vernon, IL 62864

Clean
PO Box 840140
Kansas City, MO 64184-0140

Clean Fuels National
4620 E 900S
Keystone, IN 46759

Coca Cola Bottling Co Consolidated
PO Box 602937
Charlotte, NC 28260-2937

Craig Borowiak
675 Co Rd 650E
Albion, IL 62806

Cynthia Taylor
402 East 6  Apt 5
Mount Carmel, IL 62863

Dawn Michels
21 South 7th St
Albion, IL 62806

Deana L Smith
400 Shoreway Dr
Fairfield, IL 62837

Debbie R Isaac
19218 E 1300 Rd
Allendale, IL 62410

Deborah L Bradham
205 S King St
Golden Gate, IL 62843

Designer Greetings
PO Box 1477
Edison, NJ 08818-1477


Devils Breath Chile Co
12266 Songbird Rd
Marion, IL 62959


Diana Wade
1614 Shady Dr  Apt 5
Carterville, IL 62918


Diego Borowiak
235 W Elm St
Albion, IL 62806


Dippin Dots
PO Box 480
Metropolis, IL 62960


Direct Energy Business
PO Box 70220
Philadelphia, PA 19176-0220


Discount Paper Products
46570 Humbolot Dr
Novi, MI 48377-2434


Dixie Cream Donuts
510 West Main
West Frankfort, IL 62896


Donna Martin
117 Co Rd 1300N
Albion, IL 62806


Donnewald Distributing
2100 Samuel W Andrews Dr
Greenville, IL 62246


Dylan J Hodge
716 N 8th St
Herrin, IL 62948

Earthgrains Baking Co Inc
PO Box 842437
Boston, MA 02284-2437


Edward Borowiak
13 N 5th St
Albion, IL 62806-1021


Edward Borowiak
13 E Main St
Albion, IL 62806


Electronic Architechs Inc
16147 N Illinois Hwy 37
Mount Vernon, IL 62864


Elko's Sales Inc
204 S Mcdyby Ave
Buckner, IL 62819-9730


Elliott W Laws
10281 N 1500 Rd
Mount Carmel, IL 62863


Elnora Long
2203 Michelle Dr
Marion, IL 62959


Emily Jones
318 N Union St
West Salem, IL 62476


Excel Bottling Co Inc
488 South Broadway
Breese, IL 62230


Flowers Baking Co of Batesvil
PO Box 847871
Dallas, TX 75284


Frey Produce
111 Ci Hwy 15#A
Keenes, IL 62851

Frito-Lay
75 Remittance Drive Ste 1217
Chicago, IL 60675-1217


Good L Corp
PO Box 337
La Vergne, TN 37086


Gordon Food Service Inc
Payment Processing Center
Palatine, IL 60055-0490


Grace E Sebaugh
615 W Grand
Carterville, IL 62918


Gregory D Keel
409 S Division St
Carterville, IL 62918


Hartford Financial Services
PO Box 415738
Boston, MA 02241-5738


Heartland Coca Cola Bottling Co
PO Box 74008600
Chicago, IL 60674-8600


Heritage Petroleum LLC
PO Box 6850
Evansville, IN 47719


Hobart Sales & Service
711 Good Hope St
Cape Girardeau, MO 63703-6250


Home City Ice Company
PO Box 111116
Cincinnati, OH 45211


Houseworth Electrical Contract
PO Box 1551
Mount Vernon, IL 62864

IL Environmental Protection Agency
Fiscal Services #2
Springfield, IL 62794


Illinois Gas Company
1927 Miller Dr
Olney, IL 62450


Indoff Incorporated
PO Box 842808
Kansas City, MO 64184-2808


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jacobs Burns Orlove and Hernandez
150 N Michigan Ave  Ste 1000
Chicago, IL 60601


Jacqueline Borowiak
235 W Wlm St
Albion, IL 62806


Jamey L Burton
25 E Walnut
Albion, IL 62806


Jarvis Food Equipment
2195 Commercial Ct
Evansville, IN 47720


JD Mullen Co
211-215 S Main St
Palestine, IL 62451


Jeff Guisewite Inc
16153 E 1100 Rd
Mount Carmel, IL 62863


Jefferson County Collector
100 S 10th St  Rm 100
Mount Vernon, IL 62864

Jennifer L Norris
275 Foxrun Rd
Goreville, IL 62939


Jerry L Hays
68 Bush Ln
Carbondale, IL 62902


Jimmy the Plumber
16309 N Mccauley Ln
Mount Vernon, IL 62864


John and Barbara Mckim
PO Box 308
Lawrenceville, IL 62439-0308


John Roberts
133 E Vine St
Grayville, IL 62844


Joshua L Wagner
914 West Fourth St
Mount Carmel, IL 62863


Joy Lane Produce LLLC
2129 Illinois Route 130
West Salem, IL 62476


Justin Harms
106 S Drive
Mount Carmel, IL 62863


Justin R Hall
205 Virginia Ave
Carterville, IL 62918


K&A Distribution Inc
PO Box 40
Litchfield, IL 62056


Karen Cline
127 W Elm  apt B
Albion, IL 62806

Kari L Rogers
11118 Rt 37 N
Marion, IL 62959


Karla J Ridgley
2280 IL Hwy 15E
Fairfield, IL 62837


Kasco Atlanta Sharp Tech
PO Box 202368
Dallas, TX 75320-2368


Katie Askren
13975 Ee 850 Rd
Mount Carmel, IL 62863


Kelly Hannah
814 W 9thh St
Mount Carmel, IL 62863


Kerington R Long
11295 Alta Dr
Carterville, IL 62918


Kim's Ice Cream LLC
PO Box 382
Sandoval, IL 62882


Kimberly A Barnhart
209 E Poplar St
Albion, IL 62806


Knapp Propane
PO Box 595
Mount Vernon, IL 62864


Koerner Distributor Inc
PO Box 67
Effingham, IL 62401


Kurtis T Seed
71 Bush Ln
Carbondale, IL 62901

Kyler Gammon
228 Kieffer Ave
Mount Carmel, IL 62863


L and K Fire Protection
PO Box 187
Marion, IL 62959


LaDonna M Crouch
140 E Main St
Albion, IL 62806


Lawrenceville Daily Record
PO Box 639
Robinson, IL 62454


Lee Enterprises
PO Box 742548
Cincinnati, OH 45274-2548


Lewis Bros Bakeries Inc
1957 Momentum Place
Chicago, IL 60689-5319


Mack's Auto Sales Inc
1172 Catman Court
Marion, IL 62959


Marion County Collector
PO Box 907
Salem, IL 62881-0907


Marion Daily Republican
PO Box 184
Du Quoin, IL 62832


Mark Sheets
1509 Dodds St
Mount Vernon, IL 62864


Markel
PO Box 650028
Dallas, TX 75265-0028

Mary E Priddy
301 N Main
Royalton, IL 62983

Mary K Kline
829 Co Hwy 21
Fairfield, IL 62837

Mary S Wood
1025 Poplar Ct
Mount Carmel, IL 62863

McKee Foods Corporation
PO Box 2118
Collegedale, TN 37315-2118

McKenzye A Earnest
123 Norman Dr
Mount Carmel, IL 62863

Melissa A Sweat
228 Locust St
Albion, IL 62806

Melissa D Deisher
5170 N 1220 Blvd
Mount Carmel, IL 62863

Mettler Toledo
22670 Network Pl
Chicago, IL 60673-1226

Micah B Henson
384 N 3rd St
Albion, IL 62806

Michael L Doan
330 W 10th St
Apt 710
Mount Carmel, IL 62863

Michelle L Piller
330 N 7th
Albion, IL 62806

Mike C Broedel
926 Poplar St
Mount Carmel, IL 62863


Miller's Country Crafts Inc
150 Millers Country Lane
Ava, IL 62907


Millie L Seyfert
909 Tippit St
Carterville, IL 62918


Mingo River Dist LLC
PO Box 480
Puxico, MO 63960


Moran Foods LLC
400 Northwest Plaza Dr
Saint Ann, MO 63074


Morgan Distributing
4437 Martha Court
Newburgh, IN 47630


Mt Carmel Public Utility
PO Box 220
Mount Carmel, IL 62863


Mt Carmel Register
PO Box 1350
Paducah, KY 42002


Navigator
PO Box 10
Albion, IL 62806-0010


NCR
14181 Collections Center Dr
Chicago, IL 60693


Neumayer Equipment Co Inc
PO Box 419161
Saint Louis, MO 63141

Nutmeg Spice Company
7 Bombard Court
Terryville, CT 06786


Orkin
1903 Princeton Ave
Marion, IL 62959


Patrick N Murphy
603 Taylor St
Grayville, IL 62844


Paul I Sheffer
125 George St
Anna, IL 62906


PBC
PO Box 75948
Chicago, IL 60675-5948


Pepsi Midamerica
PO Box 1070
Marion, IL 62959


POS Plus LLC
PO Box 1907
Marion, IL 62959


Power Distributing
24537 Network Pl
Chicago, IL 60673-1245


Prairie Farms Dairy Olney
217 W Main
Olney, IL 62450


Primo Water Corporation
PO Box 100125
Columbia, SC 29202-3125


Princeton Daily Clarion
PO Box 1360
Paducah, KY 42002

Quincie Borowiak
235 W Elm St
Albion, IL 62806


Rafferty Lawn Care
207 W 9th St
Mount Carmel, IL 62863


Randel K Bachelor
9219 E 100th Ave
Flat Rock, IL 62427


Raymond B Higginson
6422 Hwy 1
Mount Carmel, IL 62863


Rebecca J Harris
2808 Co Rd 525 N
Ellery, IL 62833


Record Indiana Inc
PO Box 57158
Pleasant Hill, IA 50327


Republic Service 694
PO Box 9001099
Louisville, KY 40290-1099


Republic Service 732
PO Box 9001099
Louisville, KY 40290-1099


Retail Data Systems
16 Sunnen Dr  Ste 162
Maplewood, MO 63143


Retail Merchants Committee
% Wabash County COC
219 N Market St  Ste 1A
Mount Carmel, IL 62863


Reva A Rice
203 N Charles
West Salem, IL 62476

Rice Enterprises
3906 Robin Dr
Mount Vernon, IL 62864


Robin L Girtman
6094 Wards Mill
Marion, IL 62959


Rug Doctor
PO Box 733979
Dallas, TX 75373-3979


S K Smith Electric
PO Box 846
Mount Carmel, IL 62863


S-L Distribution Company Inc
PO Box 412032
Boston, MA 02241-2032


Sally R Dunham
112 N Otis
Marion, IL 62959


Santana Energy Services
26697 Network Pl
Chicago, IL 60673-1266


Sarah R Sparks
311 Seminary St
West Salem, IL 62476


Schmidt Equipment & Supply
411 Eichelberger St
Saint Louis, MO 63111


Sharp & Williams
202 West Ninth St
Mount Carmel, IL 62863


Sharp Systems Inc
PO Box 99
Rehoboth Beach, DE 19971

Sherwood Food Distributors
12499 Evergreen Rd
Detroit, MI 48228-1059


Simon E Berberich
204 Patrick Pl
Mount Carmel, IL 62863


Slevin and Hart PC
1625 Massachusets Ave NW  Ste 450
Washington, DC 20036


Southern Glazer's of IL
2971 Collection Center Dr
Chicago, IL 60693


Southern Illinois Beverage
887 N Washington St
Nashville, IL 62263-0261


Southern Illinoisan
710 N Illinois Ave
Carbondale, IL 62901


Spencer W Tanner
PO Box 1507
Evansville, IN 47706


St Louis Post Dispatch
Payment Department
Saint Louis, MO 63101


Stanley Access Tech LLC
PO Box 0371595
Pittsburgh, PA 15251


Staples Advantage
Dept Det
Chicago, IL 60696-3589


Steve Martin
160 S 2nd St
Albion, IL 62806

Super Value
11840 Valley View Rd
Eden Prairie, MN 55344


Superior Foods
4243 Broadmoor Ave SE
Kentwood, MI 49512


Supervalu
11840 Valley View Rd
Eden Prairie, MN 55344


Susan J Moore
PO Box 181
Carterville, IL 62918


Swinford Publications
PO Box 10
Marion, IL 62959


T Ham Sign
PO Box 155
Mount Vernon, IL 62864


Tammy K Keepes
13489 E 500 Rd
Mount Carmel, IL 62863


Taylor LeCrone
715 N Cherry St
Mount Carmel, IL 62863


Terminix International
PO Box 742592
Cincinnati, OH 45274-2592


The Carmi Chronicle
PO Box 10
Albion, IL 62806


The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Original Company
PO Box 242
Vincennes, IN 47591-0242


The Sentinel
Attn Circulation
Centralia, IL 62801


The Shopper's Weekly
PO Box 1223
Centralia, IL 62801


Tiffany M Emmons
506 Cooper St
West Salem, IL 62476


Town Square Publications
155 E Algonquin Rd
Arlington Heights, IL 60005


Tracy Electric
1308 Jefferson
Lawrenceville, IL 62439


Trader Circulation
PO Box 617
West Frankfort, IL 62896


Trevor Borowiak
232 W Elm St
Albion, IL 62806


Trevor Borowiak
235 W Elm St
Albion, IL 62806


Tri Kote
PO Box 661
Mount Carmel, IL 62863


Triad Industrial Supply
PO Box 5388
Springfield, IL 62705

Troyer Foods Inc
PO Box 1938
Bloomington, IN 47402-1938


Troyer Heating and Air Inc
276 Co Rd 1850N
West Salem, IL 62476


Tucker Auto-Mation
6131 Wedeking Ave Bldg G Ste
Evansville, IN


U S Department of Labor OSHA
11 Executive Dr  Ste 11
Fairview Heights, IL 62208


Uncle Joe's Sauces
17327 Tick Ridge Rd
Ewing, IL 62836


UNFI Supervalu
2611 N Lincoln Ave
Urbana, IL 61801


UNFI Supervalue
PO Box 9008
Champaign, IL 61826


United Food & Commercial Workers
PO Box 6000
Frankfort, IL 60423-6000


USA Today
PO Box 677446
Dallas, TX 75267-7446


UTZ Quality Foods Inc
900 High St
Hanover, PA 17331


Wenneman Market Wholesale
PO Box 341
Saint Libory, IL 62282

White Sanitation
21529 Double Arch Rd
Staunton, IL 62088


Williams Country Sausage
4009 Greenfield Rd
Union City, TN 38261


Wilsons BBQ
11120 Broadway Ave
Evansville, IN 47712


Wilsons General Store
11120 Broadway Ave
Evansville, IN 47712


WMIX
PO Box 1508
Mount Vernon, IL 62864


WSJD-FM
331 N Market St
Mount Carmel, IL 62863


Yukon Refrigeration
9324 E IL Hwy 15
Mount Vernon, IL 62864


Zakaria R Jackson
103 Lakeshore Dr
Carterville, IL 62918

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Borowiak IGA Foodliner, Inc** _____     Case No. _____

                                    Debtor(s)         Chapter   **11** _____

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Borowiak IGA Foodliner, Inc** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

1.       All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

**Owner**                              **% of Shares Owned**
**Trevor Borowiak**                    **100**

                              By: _____
                                    **Douglas A. Antonik 06190629**

                                    Counsel for **Borowiak IGA Foodliner, Inc**