IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOROWIAK IGA FOODLINER, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 19-40699 |
| | ) | |

## MOTION TO LIMIT THE NOTICE REQUIREMENTS FOR MOTIONS AND OTHER FILINGS AND TO REMOVE PARTIES FROM MATRIX

NOW COMES the Debtor, Borowiak IGA Foodliner, Inc. by its attorneys, Antonik Law Offices, and states the following in support of this Motion.

1. Debtor filed a voluntary Chapter 11 bankruptcy petition on September 17, 2019.

2. The Debtor's bankruptcy petition contains eighty (80) employees who were listed as creditors on Schedule E at the time the petition was filed.

3. Since the filing, Debtor has filed an Emergency Motion to Pay Employees which has been granted and the eighty (80) employees' claims as it appears on Schedule E have now been paid.

4. The Debtor will from time to time be required to file Motions and other documents which requires service on all creditors and parties of interest which would be cost consuming and time consuming as to the employee Schedule E creditors that have been paid.

5. Debtor requests that it be allowed not to serve the Schedule E employees that have been paid unless the party has filed a request to be placed on notice for all pleadings.

6. Attached as Exhibit A are the Schedule E employees whose claims have been paid pursuant to the Court Order authorizing the Debtor to pay pre-petition wages.

2

WHEREFORE, the Debtor prays that the Court limit its obligation to send notices of motions, hearings, etc. as stated above to eliminate serving the Schedule E employee creditors who have been paid, and for such further relief as the Court deems just.

                BOROWIAK IGA FOODLINER, INC., Debtor

By  /s/ Douglas A. Antonik
      DOUGLAS A. ANTONIK
      Registration #06190629

ANTONIK LAW OFFICES
3405 Broadway - P.O. Box 594
Mt. Vernon, IL 62864
Phone: (618) 244-5739
Fax:  (618) 244-9633

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Mark Skaggs, U.S. Trustee's Office, 401 Main Street, Suite 1100, Peoria, IL 61602
Jeremy C. Kleinman, Frankgecker LLP, 1327 West Washington Blvd., Suite 5 G-H, Chicago, IL 60607
Patrick J. Hewson, Gilbert, Huffman, Prosser, Hewson & Barke, Ltd., 102 Orchard Drive, P.O. Box 1060, Carbondale, IL 62903-1060
Ray W. Vaughn, Attorney at Law, 108 E. Main Street, Olney, IL 62450
Ace Hardware Corp., 2200 Kensington Ct., Oak Brook, IL 60523-2103
Central Cigars-Candy Co., PO Box 420, Lawrenceville, IL 62439
Citizens National of Albion, 10 West Elm St., Albion, IL 62806
Coca Cola Bottling Co. Consolidated, PO Box 602937, Charlotte NC 28260-2937
Direct Energy Business, PO Box 70220, Philadelphia, PA 19176-0220
Dixie Cream Donuts, 510 West Main, West Frankfort, IL 62896
Edward Borowiak, 13 N 5th St., Albion, IL 62806-1021
Frito-Lay, 75 Remittance Drive, Ste 1217, Chicago, IL 60675-1217
Hartford Financial Services, PO box 415738, Boston, MA 02241-5738
Heartland Coca Cola Bottling Co., PO Box 74008600, Chicago, IL 60674-8600
Heritage Petroleum LLC, PO Box 6850, Evansville, IN 47719
John and Barbara Mckim, PO box 308, Lawrenceville, IL 62439-0308
Mack's Auto Sales, Inc., 1172 Catman Court, Marion, IL 62959
Moran Foods, LLC, 400 Northwest Plaza Dr., Saint Ann, MO 63074
Supervalu, 11840 Valley View Rd., Eden Prairie, MN 55344
Troyer Foods, Inc., PO Box 1938, Bloomington, IN 47402-1938
UNFI Supervalue, PO Box 9008, Champaign, IL 61826
United Food & Commercial Workers, PO Box 6000, Frankfort, IL 60423-6000
Trevor Borowiak, 235 W Elm St., Albion, IL 62806


either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 30th day of September, 2019. The above is true and correct to the best of the undersigned's knowledge.

/s/ Alisha Finke_____
Alisha Finke

EXHIBIT A

Aden M. Gill
Alexis N. Piller
Amanda Harrington
Andrew P. Gill
Ashlee Stewart
Betty J. Elliott
Betty Laws
Bobby G. Moore
Charles L. Daniel
Cheryl Perrin
Christa Fisher
Christina Wright
Cierra M. Harper
Craig Borowiak
Cynthia Taylor
Dawn Michels
Deana L. Smith
Debbie R. Isaac
Deborah L. Bradham
Diana Wade
Diego Borowiak
Donna Martin
Dylan J. Hodge
Elijah F. Laws
Elliott W. Laws
Elnora Long
Emily Jones
Grace E. Sebaugh
Gregory D. Keel
Isaih Martin
Jamey L. Burton
Jennifer Norris
Jerry L. Hays
John Roberts
Joshua L. Wagner
Justin R. Hall
Justin Harms
Karen Cline
Kari L. Rogers
Karla J. Ridgley
Katie Askron
Kelly Hannah
Kerington R. Long
Kimberly A. Barnhart

Kurtis T. Seed
Kyler Gammon
LaDonna M. Crouch
Luke Laws
Madison Harris
Mary E. Priddy
Mary K. Kline
Mary S. Wood
Masor Borowiak
McKenzye A. Earnest
Melissa A. Sweat
Melissa D. Deisher
Micah B. Henson
Michael L. Doan
Michelle L. Piller
Mike C. Broedel
Mille L. Seyfert
Patrick N. Murphy
Paul I Sheffer
Quincie Borowiak
Randel K. Bachelor
Raymond B. Higginson
Rebecca J. Harris
Reva A. Rice
Robin L. Girtman
Sally R. Dunham
Sarah R. Sparks
Simon E. Berberich
Steve Martin
Susan J. Moore
Tammy K. Keepes
Taylor LeCrone
Telisa K. Laws
Tiffany M. Emmons
Trevor Borowiak
Zakaria R. Jackson

5