IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOROWIAK IGA FOODLINER, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 19-40699 |
| | ) | |

## SCHEDULE OF SALARIES

COMES NOW Borowiak IGA Foodliner, Inc., by its attorney, Douglas A. Antonik, and submits to the Court that the following is a Schedule of Salaries that will be paid:

Trevor Borowiak        Manager        $1,500.00 per week

Trevor Borowiak works full time he works approximately 60 hours per week.

Trevor Borowiak's children work part-time at the grocery stores and are paid normal wages.

No additional payments will be made to the above-referenced employee.

Borowiak IGA Foodliner, Inc., Debtor

By:    /s/ Douglas A. Antonik
       Douglas A. Antonik-#06190629

Antonik Law Offices
PO Box 594
Mt. Vernon, IL 62864
(618) 244-5739
(618) 244-9633 (fax)
antoniklaw@charter.net

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Schedule of Salaries was served upon:

Mark Skaggs, U.S. Trustee's Office, 401 Main Street, Suite 1100, Peoria, IL 61602
Jeremy C. Kleinman, Frankgecker LLP, 1327 West Washington Blvd., Suite 5 G-H, Chicago, IL 60607
Patrick J. Hewson, Gilbert, Huffman, Prosser, Hewson & Barke, Ltd., 102 Orchard Drive, P.O. Box 1060, Carbondale, IL 62903-1060
Ray W. Vaughn, Attorney at Law, 108 E. Main Street, Olney, IL 62450
George R. Pitts, Rubin and Rudman LLP, 800 Connecticut Ave., NW, Suite 400, Washington, DC 20006
Adam B. Lawler, Lawler Brown Law Firm, 1600 West Main Street, PO Box 1148, Marion, IL 62959
Ace Hardware Corp., 2200 Kensington Ct., Oak Brook, IL 60523-2103
Central Cigars-Candy Co., PO Box 420, Lawrenceville, IL 62439
Citizens National of Albion, 10 West Elm St., Albion, IL 62806
Coca Cola Bottling Co. Consolidated, PO Box 602937, Charlotte NC 28260-2937
Direct Energy Business, PO Box 70220, Philadelphia, PA 19176-0220
Dixie Cream Donuts, 510 West Main, West Frankfort, IL 62896
Edward Borowiak, 13 N 5th St., Albion, IL 62806-1021
Frito-Lay, 75 Remittance Drive, Ste 1217, Chicago, IL 60675-1217
Hartford Financial Services, PO box 415738, Boston, MA 02241-5738
Heartland Coca Cola Bottling Co., PO Box 74008600, Chicago, IL 60674-8600
Heritage Petroleum LLC, PO Box 6850, Evansville, IN 47719
John and Barbara Mckim, PO box 308, Lawrenceville, IL 62439-0308
Mack's Auto Sales, Inc., 1172 Catman Court, Marion, IL 62959
Moran Foods, LLC, 400 Northwest Plaza Dr., Saint Ann, MO 63074
Supervalu, 11840 Valley View Rd., Eden Prairie, MN 55344
Troyer Foods, Inc., PO Box 1938, Bloomington, IN 47402-1938
UNFI Supervalue, PO Box 9008, Champaign, IL 61826
United Food & Commercial Workers, PO Box 6000, Frankfort, IL 60423-6000
Trevor Borowiak, 235 W Elm St., Albion, IL 62806

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 17th day of October, 2019. The above is true and correct to the best of the undersigned's knowledge.

/s/ Alisha Finke
Alisha Finke