**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOROWIAK IGA FOODLINER, INC. | : Case No. 19-40699 |
| | : |
| Debtor. | : |
| | : |
| | : |

---

**ORDER GRANTING MOTION OF SUPERVALU, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE § 503(b)(9)**

This matter comes before the Court on a Motion of SuperValu, Inc. for Allowance of Administrative Expense under Bankruptcy Code Section 503(b)(9) [ECF No. 50] (the "Motion"). No objection or other response having been filed, it is ORDERED that the Motion is GRANTED and that SuperValu, Inc. is hereby entitled, and shall accordingly have, an allowed claim for an administrative expense pursuant to Section 503(b)(9) of the Bankruptcy Code in the amount of $125,771.54, in the above-captioned bankruptcy case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: December 4, 2019

                                             /s/ Laura K. Grandy
                                    UNITED STATES BANKRUPTCY JUDGE/3

2289951_1