**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOROWIAK IGA FOODLINER, INC. | : Case No. 19-40699 |
| | : |
| Debtor. | : |
| | : |
| | : |

---

**NOTICE OF ENTRY OF ORDER GRANTING MOTION OF SUPERVALU, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

TO:  ALL PERSONS LISTED IN CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on December 4, 2019 the Court entered the attached Order (ECF No. 69) granting the Motion of SuperValu, Inc. ("SuperValu") for payment of administrative expense in the amount of $125,771.54 under §503(b)(9) of the Bankruptcy Code.

Dated: December 6, 2019                    Respectfully submitted,

*/s/ Patrick J. Hewson*
Patrick J. Hewson
102 S. Orchard Drive
P.O. Box 1060
Carbondale, IL 62903-1060
Telephone: (618) 457-3547
Email: phewson@southernillinoislaw.com

*Counsel for SuperValu. Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BOROWIAK IGA FOODLINER, INC. | : Case No. 19-40699 |
| | : |
| Debtor. | : |
| | : |
| | : |
---------------------------------------------------------------

## ORDER GRANTING MOTION OF SUPERVALU, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE § 503(b)(9)

This matter comes before the Court on a Motion of SuperValu, Inc. for Allowance of Administrative Expense under Bankruptcy Code Section 503(b)(9) [ECF No. 50] (the "Motion"). No objection or other response having been filed, it is ORDERED that the Motion is GRANTED and that SuperValu, Inc. is hereby entitled, and shall accordingly have, an allowed claim for an administrative expense pursuant to Section 503(b)(9) of the Bankruptcy Code in the amount of $125,771.54, in the above-captioned bankruptcy case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: December 4, 2019

                                             /s/ Laura K. Grandy
                                         UNITED STATES BANKRUPTCY JUDGE/3

2289951_1

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2019, a true and correct copy of the foregoing <u>Notice of Entry of Order Granting Motion of SuperValu, Inc. for Allowance of Administrative Expense</u>, was filed with the Clerk of the Court using the CM/ECF system, which will send notification of electronic filing (NEF) to all creditors and parties in interest via electronic means for those available, including the following:

**Douglas A. Antonik**, *Attorney for Debtor*
Antoniklaw.@charter.net

**United States Trustee**
USTPRegion10.es.ecf@usdoj.gov

| | |
|---|---|
| **Tressie Downs** | **Frito-Lay N.A., Inc. and Bottling Group, LLC** |
| tjchartrand@wwfglaw.com | jkleinman@fgllp.com |
| **Troyer Foods, Inc.** | **POS Plus, LLC** |
| mkraft@quinnjohnston.com | alawler@adamblawler.com |
| **SuperValu, Inc.** | **SuperValu, Inc.** |
| gpitts@rubinrudman.com | cgrant@rubinrudman.com |
| **United States Trustee** | **Citizens Nat'l Bank of Albion** |
| mark.d.skaggs@usdoj.gov | ray@rayvaughnlaw.com |

and that I served the forgoing document by first class mail, on the 6TH day of December, 2019 to the following

::
    **ALL CREDITORS ON MATRIX**

with postage fully prepaid and deposited in the US Postal Office Mail Box in Carbondale, Illinois before the hour of 9:00 p.m.

    By:    */s/ Patrick J. Hewson*
Patrick J. Hewson
102 S. Orchard Drive
P.O. Box 1060
Carbondale, IL 62903-1060
Telephone: (618) 457-3547
Email: phewson@southernillinoislaw.com

*Counsel for SuperValu. Inc.*