# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings<br>Under Chapter 11 |
| Borowiak IGA Foodliner, Inc<br>dba Borowiak's IGA<br>13 N 5th St<br>Albion, IL 62806 | BK 19–40699–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):   Employer Tax ID Number (ETIN):

37–0949720

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that: an Application for Allowance and Payment of Administrative Priority Claim has been filed by Jason Torf, attorney for Gordon Food Service Inc.

Any objections to the Application must be filed in writing with this Court on or before January 16, 2020, with a copy forwarded to Jason Torf, 200 W Madison St, Ste 3500, Chicago, IL 60606–3417.

A copy of the Application may be obtained from Jason Torf, 200 W Madison St, Ste 3500, Chicago, IL 60606–3417.

If no objections are received within the required period of time, an appropriate order will be entered thereon.

DATED: December 26, 2019

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT

DIRECT ALL CORRESPONDENCE TO:
U.S. BANKRUPTCY COURT
301 WEST MAIN STREET
BENTON, IL 62812