IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOROWIAK IGA FOODLINER, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 19-40699 |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND EXTENSION OF EXCLUSIVITY PERIOD**

NOW COMES the Debtor, Borowiak IGA Foodliner, Inc., by its attorney, Douglas A. Antonik, Antonik Law Offices, and submits the following in support of this Motion:

1. The Debtor filed a voluntary Chapter 11 Bankruptcy Petition on September 17, 2019.

2. Debtor's deadline to file a Chapter 11 plan and disclosure statement as well as the expiration of the exclusivity period is January 15, 2020.

3. Debtor asks for additional time to file its plan and disclosure statement and to extend the exclusivity period.

4. The Debtor has been consulting with its attorney as well as discussing internally the plan it intends to propose.

5. During this bankruptcy proceeding, the Debtor has worked closely with the secured creditors and is currently in the process of closing its Mt. Carmel store.

6. Debtor will further be submitting an application to retain an auctioneer to sell the equipment in the now five stores closed stores.

7. Debtor request an extension of time to liquidate its equipment via the auction sales and to formulate a plan retaining the two stores as a going concern post confirmation.

8.    An extension of time being granted to the Debtor is in the best interest of all parties.

9.    Debtor requests an additional one hundred twenty (120) days to file its plan and disclosure statement until May 14, 2020.

10.    Debtor further requests the Court extend the exclusivity period to file a plan of reorganization and to seek confirmation of its Chapter 11 plan pursuant to the provisions of Bankruptcy Code § 1121, up to and including the time the Debtor has to file its Chapter 11 plan and thereafter the additional one hundred eighty (180) day period to seek the plan's approval .

WHEREFORE, Debtor prays that this Court grant it an additional one hundred twenty (120) days to file a plan and disclosure statement, plus that the Court extend the exclusivity period to file a plan of reorganization and to seek confirmation of its Chapter 11 plan pursuant to the provisions of Bankruptcy Code §1121, up to and including the time the Debtor has to file its Chapter 11 plan and thereafter the additional one hundred eighty (180) day period to seek the plan's approval.

BOROWIAK IGA FOODLINER, INC., Debtor

BY:    /s/ Douglas A. Antonik
DOUGLAS A. ANTONIK #06190629

Antonik Law Offices
3405 Broadway
P.O. Box 594
Mt. Vernon, IL  62864
Telephone: 618-244-5739
Facsimile: 618-244-9633
antoniklaw@charter.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Mark Skaggs, U.S. Trustee's Office, 401 Main Street, Suite 1100, Peoria, IL 61602
Jeremy C. Kleinman, Frankgecker LLP, 1327 West Washington Blvd., Suite 5 G-H, Chicago, IL 60607
Patrick J. Hewson, Gilbert, Huffman, Prosser, Hewson & Barke, Ltd., 102 Orchard Drive, P.O. Box 1060, Carbondale, IL 62903-1060
Ray W. Vaughn, Attorney at Law, 108 E. Main Street, Olney, IL 62450
George R. Pitts, Rubin and Rudman LLP, 800 Connecticut Ave., NW, Suite 400, Washington, DC 20006
Adam B. Lawler, Lawler Brown Law Firm, 1600 West Main Street, PO Box 1148, Marion, IL 62959
Timothy J. Chartrand, Williamson, Webster, Falb & Glisson, 603 Henry Street, Alton, IL 62002
Michael A. Kraft, Quinn, Johnston, Henderson, Pretorius & Cerulo, 227 N.E. Jefferson Ave., Peoria, IL 61602-1211
Ace Hardware Corp., 2200 Kensington Ct., Oak Brook, IL 60523-2103
Central Cigars-Candy Co., PO Box 420, Lawrenceville, IL 62439
Citizens National of Albion, 10 West Elm St., Albion, IL 62806
Coca Cola Bottling Co. Consolidated, PO Box 602937, Charlotte NC 28260-2937
Direct Energy Business, PO Box 70220, Philadelphia, PA 19176-0220
Dixie Cream Donuts, 510 West Main, West Frankfort, IL 62896
Edward Borowiak, 13 N 5th St., Albion, IL 62806-1021
Frito-Lay, 75 Remittance Drive, Ste 1217, Chicago, IL 60675-1217
Hartford Financial Services, PO box 415738, Boston, MA 02241-5738
Heartland Coca Cola Bottling Co., PO Box 74008600, Chicago, IL 60674-8600
Heritage Petroleum LLC, PO Box 6850, Evansville, IN 47719
John and Barbara Mckim, PO box 308, Lawrenceville, IL 62439-0308
Mack's Auto Sales, Inc., 1172 Catman Court, Marion, IL 62959
Moran Foods, LLC, 400 Northwest Plaza Dr., Saint Ann, MO 63074
Supervalu, 11840 Valley View Rd., Eden Prairie, MN 55344
Troyer Foods, Inc., PO Box 1938, Bloomington, IN 47402-1938
UNFI Supervalue, PO Box 9008, Champaign, IL 61826
United Food & Commercial Workers, PO Box 6000, Frankfort, IL 60423-6000
Trevor Borowiak, 235 W Elm St., Albion, IL 62806
ALL CREDITORS AND PARTIES OF INTEREST LISTED ON DEBTOR'S MAILING MATRIX

either electronically or by enclosing in an envelope with postage fully prepaid and by depositing said envelope in a U. S. Post Office mail box in Mt. Vernon, Illinois, on the 15th day of January, 2020. The above is true and correct to the best of the undersigned's knowledge.

/s/ Alisha Finke
Alisha Finke